1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEBBIE ANN SANTA CRUZ,　　　　)　Case No. CV 13-6000 JCG
　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　)　**JUDGMENT**
　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　　)
ACTING COMMISSIONER OF　　　)
SOCIAL SECURITY　　　　　　　)
ADMINISTRATION,　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)
_____)

　　　　IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is **AFFIRMED**.

Dated: August 20, 2014

_____
　　　　　　　Hon. Jay C. Gandhi
　　　　United States Magistrate Judge